## Commonwealth, Appellant, *v.* Schlight.

Argued September 18, 1970. *Milton M. Stein,* Assistant District Attorney, with him *Carl B. Feldbaum* and *James T. Owens,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *David N. Savitt,* with him *John Patrick Walsh,* and *Walsh & Savitt,* for appellee.

The appeals are quashed.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Sessions, Appellant.

Submitted September 14, 1970. *Mary Bell Hammerman,* for appellant; *Richard Max Bockol* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.